UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| CHARLES D. WILLIAMS, | ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 1:08-CV-88 |
| MICHAEL J. ASTRUE, | ) ) | Chief Judge Curtis L. Collier |
| Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff Charles D. Williams moved for attorney's fees, pursuant to 28 U.S.C. § 2412(d), in the amount of $1,638.70 (Court File No. 21). United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) on February 12, 2009 (Court File No. 24), recommending Plaintiff's motion be granted. Defendant did not file an objection within the given ten (10) days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 24). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 21) and **ORDERS** Plaintiff's attorney is awarded a fee in the amount of $1,638.70.

**SO ORDERED.**

**ENTER.**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**